# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chapman, Shelley C. | U.S. Bankruptcy Court, Southern District of New York | 07/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 (Pt. VII, Line 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | WILLKIE FARR & GALLAGHER GROUP PENSION PLAN, NO CONTROL (CLOSED JANUARY 2011) |
| 2. 2003 | SIDLEY AUSTIN LLP CASH BALANCE RETIREMENT PLAN FOR PARTNERS, NO CONTROL (CLOSED JANUARY 2011) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2011 | UNITED STATES JUDGES | $160,080.00 |
| 2. | 2011 | WILLKIE FARR & GALLAGHER LLP | $1,279.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2011 | ▨▨▨▨▨▨▨ WAGES |
| 2. | 2011 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CITIBANK, N.A. | LINE OF CREDIT | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust #1 | | | | | | | | | |
| 2.  - SPDR NUVEEN BARCLAYS ST MUNI BOND ETF | A | Dividend | K | T | | | | | |
| 3.  - FAIRHOLME FUND | | None | | | Sold (part) | 03/25/11 | J | A | |
| 4. | | | | | Sold | 06/15/11 | J | | |
| 5.  - FMI LARGE CAP FUND | | None | | | Sold | 07/27/11 | J | C | |
| 6.  - LOOMIS SAYLES INVT GRADE BOND FUND CL Y | B | Dividend | K | T | | | | | |
| 7.  - PARNASSUS FUND | | None | | | Sold | 07/27/11 | J | B | |
| 8.  - SCHWAB GOVERNMENT MONEY FUND | | None | L | T | | | | | |
| 9.  - MANNING & NAPIER EQUITY SERIES FUND | | None | | | Sold | 07/27/11 | K | D | |
| 10.  - WESTCORE SELECT FUND | | None | | | Sold | 07/27/11 | K | C | |
| 11.  - MATTHEWS ASIA DIVIDEND FUND | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 12.  SCHWAB S&P 500 INDEX FUND | | None | | | Buy | 03/25/11 | J | | |
| 13. | | | | | Sold | 07/27/11 | J | | |
| 14.  SCHWAB US TREASURY MONEY FUND | A | Dividend | L | T | | | | | |
| 15.  BBH CORE SELECT FUND | A | Dividend | J | T | Buy | 06/15/11 | J | | |
| 16.  Brokerage Account #1 | | | | | | | | | |
| 17.  - ABBOTT LABS | | None | K | T | Buy | 11/15/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 19.   - AMAZON COM INC | | None | | | Sold (part) | 01/28/11 | J | B | |
| 20. | | | | | Sold | 04/27/11 | J | D | |
| 21.   - AMGEN INC | | None | | | Sold | 01/26/11 | J | | |
| 22.   - APPLE INC | | None | K | T | Sold (part) | 04/14/11 | J | A | |
| 23. | | | | | Sold (part) | 09/07/11 | J | D | |
| 24.   - GOOGLE INC CLASS A | | None | K | T | Sold (part) | 05/17/11 | J | A | |
| 25.   - VARIAN MEDICAL SYSTEMS | | None | K | T | Sold (part) | 04/01/11 | J | B | |
| 26. | | | | | Sold (part) | 07/08/11 | J | C | |
| 27. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 28.   - ACCENTURE LTD | A | Dividend | K | T | | | | | |
| 29.   - ALLERGAN INC | A | Dividend | K | T | Sold (part) | 05/23/11 | J | B | |
| 30.   - BARD C R INC | A | Dividend | | | Sold (part) | 08/16/11 | J | A | |
| 31. | | | | | Sold | 11/03/11 | J | B | |
| 32.   - C H ROBINSON WORLDWIDE COM | A | Dividend | K | T | Buy (add'l) | 07/27/11 | J | | |
| 33.   - MASTERCARD INC | A | Dividend | J | T | Buy (add'l) | 02/11/11 | J | | |
| 34. | | | | | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/21/11 | J | C | |
| 36. | | | | | Sold (part) | 11/23/11 | J | C | |
| 37. | | | | | Sold (part) | 11/28/11 | J | C | |
| 38.   - ORACLE | A | Dividend | K | T | | | | | |
| 39.   - QUALCOMM INC | A | Dividend | K | T | | | | | |
| 40.   - STARBUCKS CORP | A | Dividend | K | T | Buy (add'l) | 01/12/11 | J | | |
| 41.   - COACH INC | A | Dividend | K | T | Buy | 01/26/11 | J | | |
| 42.   - T ROWE PRICE GROUP INC | A | Dividend | K | T | Buy (add'l) | 07/15/11 | J | | |
| 43.   - MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 44.   - B M C SOFTWARE INC | | None | | | Buy | 01/18/11 | J | | |
| 45. | | | | | Buy (add'l) | 05/09/11 | J | | |
| 46. | | | | | Sold | 08/03/11 | J | | |
| 47.   - COGNIZANT TECH SOL CL | | None | J | T | Buy | 02/18/11 | J | | |
| 48. | | | | | Buy (add'l) | 02/24/11 | J | | |
| 49. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 50. | | | | | Buy (add'l) | 04/12/11 | J | | |
| 51. | | | | | Buy (add'l) | 05/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 53. - INTUITIVE SURGICAL NE | | None | K | T | Buy | 04/11/11 | J | | |
| 54. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 55. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 56. - FACTSET RESH SYSTEMS INC | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 57. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 58. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 59. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 60. - INTUIT INC | | None | J | T | Buy | 12/21/11 | J | | |
| 61. - HEMPSTEAD TOWN NY 4.5% DUE 1/15/11 | A | Interest | | | Matured | 01/15/11 | K | | |
| 62. - HUNTINGTON NY UN FREE SCH DIS 5.5% DUE 7/15/12 | B | Interest | K | T | | | | | |
| 63. - NASSAU CNTY NY INTERIM FIN AUTH 5.25% DUE 11/15/15 | B | Interest | K | T | | | | | |
| 64. - NEW YORK ST 5% DUE 2/15/22 | B | Interest | K | T | | | | | |
| 65. - SMITHTOWN NY CENT SCH DIST 5% DUE 7/15/16 | B | Interest | K | T | | | | | |
| 66. - WHITE PLAINS NY 5% DUE 5/15/20 | A | Interest | | | Matured | 05/15/11 | K | | |
| 67. - IVY MUNI HIGH INCM FND | A | Dividend | | | Sold | 01/24/11 | J | | |
| 68. - DOUBLELINE TOTAL RETURN FUND | A | Dividend | | | Sold | 04/13/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND | B | Dividend | K | T | Buy | 01/25/11 | K | | |
| 70. - SCHWAB U.S. TREASURY MONEY FUND | A | Dividend | K | T | | | | | |
| 71. IRA #1 | | | | | | | | | |
| 72. - T ROWE PRICE CAPITAL APPRECIATION FUND | A | Dividend | | | Sold | 12/22/11 | K | B | |
| 73. - FRANKLIN INCOME FUND ADV CL | A | Dividend | | | Sold | 12/22/11 | J | | |
| 74. - LOOMIS SAYLES INVT GRADE BOND FUND CL Y | A | Dividend | J | T | | | | | |
| 75. - OAKMARK EQUITY & INCOME FD | A | Dividend | | | Sold | 12/22/11 | J | A | |
| 76. - PIMCO ALL ASSET ALL AUTHORITY | A | Dividend | | | Sold | 12/22/11 | K | | |
| 77. - ISHARES TR LEHMAN AGG BND | | None | K | T | Buy | 12/22/11 | K | | |
| 78. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | | None | K | T | Buy | 12/22/11 | K | | |
| 79. - SCHWAB ADV CASH RESERVE PREM | | None | J | T | | | | | |
| 80. IRA #2 | | | | | | | | | |
| 81. - T ROWE PRICE CAPITAL APPRECIATION FUND | | None | | | Distributed | 07/28/11 | K | | |
| 82. - BOEING CAP CORP 6.5% DUE 2/15/12 | B | Interest | K | T | | | | | |
| 83. - DREYFUS INFLATION ADJUSTED SEC INV | A | Dividend | J | T | | | | | |
| 84. - LOOMIS SAYLES BOND FD CL I | C | Dividend | K | T | | | | | |
| 85. - LOOMIS SAYLES INVT GRADE BOND FUND CLASS Y | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - RIDGEWORTH SEIX FLOATING RATE HIGH INCOME | B | Dividend | L | T | Spinoff (from line 159) | 07/28/11 | L | | |
| 87. - TEMPLETON INCOME TR GLB BD ADVSOR | B | Dividend | K | T | Spinoff (from line 121) | 07/28/11 | L | | |
| 88. - ARTIO GLOBAL HIGH INCOME FUND | C | Dividend | L | T | Spinoff (from line 110) | 07/28/11 | L | | |
| 89. - THIRD AVENUE FOCUSED CREDIT FUND INST | C | Dividend | L | T | Spinoff (from line 161) | 07/28/11 | L | | |
| 90. | | | | | Buy (add'l) | 09/20/11 | J | | |
| 91. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 92. - SCHWAB ADV CASH RESERVE PREM | | None | | | Closed | 01/02/11 | J | | |
| 93. - SCHWAB US TREAS MONEY FD | | None | J | T | Open | 01/02/11 | J | | |
| 94. IRA #3 | | | | | | | | | |
| 95. - DRIEHAUS ACTIVE INCOME FUND | B | Dividend | K | T | | | | | |
| 96. - FAIRHOLME FUND | | None | | | Sold (part) | 03/28/11 | K | A | |
| 97. | | | | | Sold | 06/15/11 | K | | |
| 98. - FRANKLIN INCOME ADVISOR CLASS | B | Dividend | K | T | | | | | |
| 99. - PARNASSUS FUND | | None | | | Sold | 10/20/11 | K | | |
| 100. - T ROWE PRICE CAP APPRECIATION | A | Dividend | L | T | | | | | |
| 101. - PIMCO LOW DURATION INSTITUTIONAL FUND | B | Dividend | L | T | | | | | |
| 102. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - WELLS FARGO INTRINSIC VALUE FUND | | None | | | Sold | 09/29/11 | L | A | |
| 104. - BBH CORE SELECT FUND N | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 105. - FIDELITY SPARTAN US EQUITY | B | Dividend | L | T | Buy | 03/28/11 | K | | |
| 106. | | | | | Buy (add'l) | 09/29/11 | L | | |
| 107. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | Buy | 10/20/11 | K | | |
| 108. - FIDELITY CASH RESERVES | | None | J | T | | | | | |
| 109. IRA #4 | | | | | | | | | |
| 110. - ARTIO GLOBAL HIGH INCOME FUND | B | Dividend | J | T | Distributed (part) | 07/28/11 | L | | |
| 111. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | Sold (part) | 05/16/11 | L | | |
| 112. | | | | | Buy | 07/29/11 | L | | |
| 113. - FIDELITY FLOATING RATE HIGH INCOME | A | Dividend | | | Sold | 05/16/11 | L | A | |
| 114. - MATTHEWS ASIAN FUNDS ASIAN GROWTH AND INC | A | Dividend | | | Sold | 07/27/11 | L | B | |
| 115. - NUVEEN INVT TRADWDS VAOP R | | None | | | Buy (add'l) | 02/01/11 | L | | |
| 116. | | | | | Sold (part) | 03/09/11 | L | A | |
| 117. | | | | | Sold | 07/27/11 | L | | |
| 118. - ROYCE LOW PRICED STOCK FUND | | None | | | Buy (add'l) | 02/01/11 | L | | |
| 119. | | | | | Sold (part) | 07/27/11 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/01/11 | L | A | |
| 121. - TEMPLETON INCOME TR GLB BD ADVSOR | B | Dividend | | | Distributed | 07/28/11 | L | | |
| 122. - WESTCORE SELECT FUND | | None | | | Buy (add'l) | 05/16/11 | J | | |
| 123. | | | | | Sold | 07/27/11 | L | B | |
| 124. - ISHARES TR LEHMAN AGG BND | A | Dividend | L | T | Buy | 09/28/11 | L | | |
| 125. - GREENHAVEN CONT INX FD UNIT BEN INT | | None | K | T | Buy | 07/29/11 | K | | |
| 126. - ASTON FDS AL LASSO ALTI | A | Dividend | K | T | Buy | 06/15/11 | L | | |
| 127. - BBH CORE SELECT FUND N | | None | | | Buy | 06/15/11 | L | | |
| 128. | | | | | Sold | 07/27/11 | L | B | |
| 129. - DOUBLELINE TOTAL RETURN BOND FUND I | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 130. - EATON VANCE FLOATING RATE FUND | A | Dividend | | | Buy | 02/01/11 | K | | |
| 131. | | | | | Sold | 05/16/11 | L | A | |
| 132. - FAIRHOLME FUND | | None | | | Buy | 02/01/11 | L | | |
| 133. | | | | | Sold | 06/15/11 | L | | |
| 134. - FRANKLIN INCOME FUND CLASS A | B | Dividend | | | Buy | 05/17/11 | L | | |
| 135. | | | | | Sold | 12/22/11 | K | | |
| 136. - WASACH - 1ST SOURCE INCOME EQUITY FUND | A | Dividend | | | Buy | 03/09/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/27/11 | L | | |
| 138. - WASACH 1ST SOURCE LONG/SHORT FUND | A | Dividend | | | Buy | 05/17/11 | L | | |
| 139. | | | | | Buy (add'l) | 07/29/11 | L | | |
| 140. | | | | | Sold (part) | 09/28/11 | K | | |
| 141. | | | | | Sold | 12/22/11 | L | | |
| 142. - IVY ASSET STRATEGY FUND I | | None | | | Buy | 07/29/11 | L | | |
| 143. | | | | | Sold | 09/28/11 | K | | |
| 144. - DRIEHAUS MUT FDS ACTIVE INCOME | B | Dividend | L | T | Buy | 07/29/11 | L | | |
| 145. - BLACKROCK GLOBAL ALLOCATION I | | None | | | Buy | 07/29/11 | K | | |
| 146. | | | | | Sold | 09/28/11 | K | | |
| 147. - MATTHEWS ASIA DIVIDEND FUND | A | Dividend | | | Buy | 02/01/11 | L | | |
| 148. | | | | | Sold | 07/27/11 | L | A | |
| 149. - PIMCO ALL ASSET ALL AUTHORITY I | C | Dividend | K | T | Buy | 07/29/11 | K | | |
| 150. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 151. - POLEN GROWTH | | None | L | T | Buy | 12/22/11 | K | | |
| 152. - T ROWE PRICE CAPITAL APPRECIATION FUND | B | Dividend | | | Spinoff (from line 81) | 07/28/11 | K | | |
| 153. | | | | | Buy (add'l) | 07/29/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 155. | | | | | Sold | 12/22/11 | M | A | |
| 156. - PIMCO TOTAL RETURN FUND | A | Dividend | | | Buy | 09/28/11 | K | | |
| 157. | | | | | Sold | 10/21/11 | K | | |
| 158. - RIDGEWORTH SEIX FLOATING RATE HIGH INCOME | B | Dividend | | | Buy | 02/01/11 | L | | |
| 159. | | | | | Distributed | 07/28/11 | L | | |
| 160. - SCHWAB CAP TR S&P INVS SELECT SHARES | | None | L | T | Buy | 12/22/11 | L | | |
| 161. - THIRD AVENUE FOCUSED CREDIT FUND INST | B | Dividend | | | Buy | 02/01/11 | L | | |
| 162. | | | | | Distributed | 07/28/11 | L | | |
| 163. - THORNBURG INVT TR INV INCM BLD I | B | Dividend | | | Buy | 02/01/11 | L | | |
| 164. | | | | | Sold | 07/27/11 | L | | |
| 165. - WELLS FARGO FDS TR ADVIN TAMTF AD | A | Dividend | L | T | Buy | 10/21/11 | K | | |
| 166. - WELLS FARGO FDS ADINT TXAMTF I | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 167. - SCHWAB MONEY MARKET FUND | | None | | | Closed | 01/02/11 | J | | |
| 168. - SCHWAB US TREASURY MONEY FUND | A | Dividend | L | T | Open | 01/02/11 | J | | |
| 169. TIAA-CREF ANNUITIES | | None | O | T | | | | | |
| 170. Cancer Center Group Supplemental Retirement Annuities | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - TIAA TRADITIONAL MONEY MARKET | B | Dividend | K | T | | | | | |
| 172.  SIDLEY AUSTIN LLP CASH BALANCE RETIREMENT PLAN FOR PARTNERS | | None | | | Distributed | 01/15/11 | K | | |
| 173.  WILLKIE FARR & GALLAGHER GROUP PENSION PLAN | | None | | | Distributed | 01/15/11 | N | | |
| 174.  CITIBANK JOINT CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 175.  PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544